UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| EDWARD F. CAREY and MARGARET CAREY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AMETEK, INC. as Successor to HAVEG; ) | |
| TRANE U.S. INC. f/k/a AMERICAN STANDARD, INC.; ) | |
| THE BIGELOW COMPANY; ) | |
| COMPUDYNE, INC. as Successor to YORK-SHIPLEY, ) | |
|     INC.; ) | |
| CRANE CO. as Successor to PACIFIC STEEL BOILER, ) | |
|     a Division of UNITED STATES RADIATOR ) | |
|     CORPORATION; ) | |
| THE H. B. SMITH COMPANY, INC.; ) | |
| WEIL-McLAIN, a Division of THE MARLEY ) | |
|     COMPANY; ) | |
| ZURN INDUSTRIES, INC. f/k/a ERIE CITY ) | |
|     IRONWORKS; ) | |
| B T U INSULATION CO., INC.; ) | |
| WILMINGTON GRAIN & BUILDING MATERIALS ) | |
|     CO., INC.; ) | |
| PPG INDUSTRIES, INC.; ) Civil Action No.: |
| K & H CONTRACTORS, INC.; ) (Massachusetts Superior Court |
| J. G. LAMOTTE & SON, INC.; ) Department, Middlesex County |
| FRANCIS P. CONNOR AND SON, INC.; ) C.A. No.: 09-0480) |
| GENERAL INSULATION COMPANY; ) | |
| NELSON J. SANFORD & SONS, INC.; ) | |
| NEW ENGLAND INSULATION COMPANY; ) | |
| AVOCET ENTERPRISES, INC. f/k/a VENTFABRICS, ) | |
|     INC.; ) | |
| DURO-DYNE CORPORATION; ) | |
| ELGEN MANUFACTURING CO., INC.; ) | |
| HEXION SPECIALTY CHEMICALS, INC. f/k/a ) | |
|     BORDEN CHEMICAL, INC.; ) | |
| A.W. CHESTERTON COMPANY; ) | |
| FEDERAL MOGUL ASBESTOS PERSONAL INJURY ) | |
|     TRUST as Successor to the Former VELLUMOID ) | |
|     Division of FEDERAL-MOGUL; ) | |
| GARLOCK, INC.; ) | |
| JOHN CRANE, INC.; ) | |
| API HEAT TRANSFER INC.; ) | |

CRANE CO., as Successor to COCHRANE CORP.;                    )
HARRISON RADIATOR Division of GENERAL                         )
    MOTORS CORPORATION;                   )
HARSCO CORPORATION f/k/a THE PATTERSON-                       )
    KELLEY CO., INC.;                     )
PROCESS ENGINEERING AND MACHINE CO., INC.;                    )
ROSS HEAT EXCHANGER Division of AMERICAN                      )
    STANDARD, INC.;                       )
YUBA HEAT TRANSFER LLC;                                       )
AETNA MARINE CORPORATION;                                     )
AETNA STEEL PRODUCTS CORPORATION;                             )
AMERICAN LOCKER GROUP INCORPORATED;                           )
HOPEMAN BROTHERS, INC.;                                       )
JAMESTOWN METAL MARINE SALES, INC.;                           )
BAYER CROPSCIENCE, INC. as Successor to                       )
    AMCHEM INC.;                          )
OWENS-ILLINOIS GLASS COMPANY;                                 )
OWENS-ILLINOIS, INC.;                                         )
RAPID-AMERICAN CORPORATION;                                   )
UNION CARBIDE CORPORATION;                                    )
AURORA PUMP CO.;                                              )
BUFFALO PUMPS, INC.;                                          )
BW/IP INTERNATIONAL, INC., as Successor to BYRON)
    JACKSON PUMPS;                        )
CARRIER CORPORATION a/k/a BRYANT HEATING                      )
    & COOLING SYSTEMS, INC.;               )
CORNELL PUMP COMPANY;                                         )
CRANE CO.;                                                    )
DUNHAM-BUSH, INC.;                                            )
ELECTRO DYNAMIC CORPORATION;                                  )
ELECTROLUX HOME PRODUCTS, INC. f/k/a WHITE                    )
    CONSOLIDATED INDUSTRIES, INC. f/k/a   )
    COPES-VULCAN, INC. and JERGUSON       )
    GAGE AND VALVE COMPANY;               )
ELLIOT TURBO MACHINERY CO., INC.;                             )
FAIRBANKS MORSE PUMP CORPORATION;                             )
FLOWSERVE CORPORATION f/k/a THE DURIRON                       )
    CO., INC., DURCO INTERNATIONAL, INC. and )
    BYRON JACKSON COMPANY;                )
FLOWSERVE US, INC. as Successor to ROCKWELL                   )
    MANUFACTURING CO., EDWARD VALVES,     )
    INC. and NORDSTROM VALVES, INC.;      )
FMC f/k/a NORTHERN PUMP;                                      )
GARDNER DENVER, INC.;                                         )
GOULDS PUMPS INCORPORATED;                                    )
IMO INDUSTRIES, INC. f/k/a DELAVAL STEAM                      )

| | |
|---|---|
| TURBINE COMPANY; | ) |
| INGERSOLL-RAND COMPANY; | ) |
| ITT CORPORATION as Successor to BELL & GOSSETT; | ) |
| LESLIE CONTROLS, INC.; | ) |
| MAROTTA CONTROLS, INC.; | ) |
| MARSHALL ENGINEERED PRODUCTS COMPANY, LLC; | ) |
| MILWAUKEE VALVE COMPANY, INC.; | ) |
| NELES-JAMESBURY, INC. f/k/a JAMESBURY CORPORATION; | ) |
| PARKER-HANNIFIN CORPORATION; | ) |
| PATTERSON PUMP COMPANY, Individually and as Successor to C. H. WHEELER CO.; | ) |
| QUAKER CHEMICAL CORPORATION; | ) |
| QUINCY COMPRESSORS Division of ENPRO INDUSTRIES, INC.; | ) |
| ROBBINS & MYERS, INC. d/b/a MOYNO PUMP COMPANY; | ) |
| ROPER INDUSTRIES, INC.; | ) |
| ROTH PUMP COMPANY; | ) |
| SEPCO CORPORATION; | ) |
| STERLING FLUID SYSTEMS (USA), INC., Individually and as Successor to PEERLESS PUMP CO.; | ) |
| TACO, INC.; | ) |
| THE FAIRBANKS COMPANY; | ) |
| THE GORMAN-RUPP COMPANY; | ) |
| VELAN VALVE CORPORATION; | ) |
| VIAD CORP. as Successor to GRISCOM RUSSELL; | ) |
| VIKING PUMP, INC.; | ) |
| WARREN PUMPS LLC; | ) |
| WEIL PUMP COMPANY INC; | ) |
| YARWAY CORPORATION; | ) |
| YEOMANS CHICAGO CORPORATION; | ) |
| YORK INTERNATIONAL CORPORATION; | ) |
| SELBY, BATTERSBY & COMPANY; | ) |
| GENERAL ELECTRIC COMPANY; | ) |
| GRAVER TECHNOLOGIES LLC; | ) |
| MARMON WIRE & CABLE LLC f/k/a THE MARMON CORPORATION, Successor to ECODYNE WATER TREATMENT LLC; | ) |

MARMON WIRE & CABLE LLC f/k/a THE MARMON )
    CORPORATION, Successor to GRAVER )
    TECHNOLOGIES; and )
PERINI CORPORATION; )
                                                     )
              Defendants. )
_____)

## **DEFENDANT VIAD CORP'S NOTICE OF NO PENDING MOTIONS**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      I have searched the Massachusetts state court docket and have determined that as of April 7, 2009, there are no pending motions in the above-captioned matter.

                                      **VIAD CORP**
                                      By its Attorneys,

                                      */s/ Peter C. Netburn*
                                      _____
                                      Peter C. Netburn, BBO No. 546935
                                      Lynda Riesgo Jensen, BBO No. 652498
                                      HERMES, NETBURN, O'CONNOR &
                                           SPEARING, P.C.
                                      265 Franklin Street, Seventh Floor
                                      Boston, MA  02110-3113
                                      (617) 728-0050
                                      (617) 728-0052 (Fax)

Dated:  April 7, 2009
G:\DOCS\PCN\Viad\Carey \REMOVAL PAPERS\Carey Notice of No Pending Motions.doc